1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BARBARA L. MCKENZIE, | Civil No. C06-630-JLR |
| Plaintiff, | |
| vs. | ORDER FOR REMAND |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant | |

Based on the stipulation between the parties it is hereby ORDERED that the above-captioned case be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the administrative law judge (ALJ) will re-evaluate the medical evidence as a whole. The ALJ will reassess Plaintiff's residual functional capacity (RFC), considering all physical and mental limitations. The ALJ will reconsider, with vocational expert testimony if necessary, whether there are other jobs Plaintiff could perform at step five of the sequential evaluation. Upon proper presentation, the Court will consider Plaintiff's

Page 1      ORDER - [C06-630-JLR]

application for attorney fees under the Equal Access to Justice Act.

DATED this 16th day of October, 2006.

_____
JAMES L. ROBART
United States District Judge

Recommended for Entry:
this <u>2nd</u> day of October, 2006.

s/ Mary Alice Theiler_____
United States Magistrate Judge

Presented by:

s/ L. JAMALA EDWARDS
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Ave, Ste 2900
Seattle, WA 98104
Phone: (206) 615-3749
Fax: (206)615-2531
jamala.edwards@ssa.gov

Page 2     ORDER - [C06-630-JLR]